**DISMISS; and Opinion Filed August 15, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00539-CR
No. 05-19-00540-CR

**CURTIS WAYNE GRIGGS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 296-80961-2018 & 296-80962-2018**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Reichek
Opinion by Justice Schenck

Before the Court are appellant's August 8, 2019 motions to dismiss these appeals. Each

motion is signed by appellant and his appellate counsel. *See* TEX. R. APP. P. 42.2(a). We grant

the motions and dismiss these appeals.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

190539F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CURTIS WAYNE GRIGGS, Appellant

No. 05-19-00539-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 296th Judicial District Court, Collin County, Texas
Trial Court Cause No. 296-80961-2018.
Opinion delivered by Justice Schenck.
Justices Osborne and Reichek participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 15th day of August, 2019.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CURTIS WAYNE GRIGGS, Appellant

No. 05-19-00540-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 296th Judicial District Court, Collin County, Texas
Trial Court Cause No. 296-80962-2018.
Opinion delivered by Justice Schenck.
Justices Osborne and Reichek participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.


Judgment entered this 15th day of August, 2019.